# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-14202-ELF

    GARY W. CLARK
    CATHERINE M. CLARK
    534 JACKSONVILLE ROAD

    IVYLAND, PA 18974

        Debtor

## **CERTIFICATE OF SERVICE**

        **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    GARY W. CLARK
    CATHERINE M. CLARK
    534 JACKSONVILLE ROAD

    IVYLAND, PA 18974


Counsel for debtor(s), by electronic notice only.

    MICHAEL SCHWARTZ
    707 LAKESIDE OFFICE PARK
    STREET AND STUMP ROADS
    SOUTHAMPTON, PA 18966-

Date: 1/16/2018

        /S/ William C. Miller
        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee