United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 15-14202-elf
Gary W. Clark                                                 Chapter 13
Catherine M. Clark
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: DonnaR              Page 1 of 2           Date Rcvd: Feb 13, 2018
                              Form ID: pdf900           Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2018.
```
db/jdb         +Gary W. Clark,    Catherine M. Clark,    534 Jacksonville Road,    Ivyland, PA 18974-1507
cr             +Ditech Financial LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
13546294       +AmerAssist/AR Solutions,    455 Hutchinson Ave S,    Suite 5,    Columbus, OH 43235-5656
13546295       +Ar Resources Inc,    Pob 1056,    Blue Bell, PA 19422-0287
13546296       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
13546298       +Centurion Iv Llc,    1332 Street Rd,    Bensalem, PA 19020-4259
13546299       +Commonwealth Financial Systems,    245 Main Street,    Dickson City, PA 18519-1641
13546302       +Kenderdine's Heating Oil and HVAC,    500 South State Street,    Newtown, PA 18940-1934
13546304       +Medical Diagnostic Laboratories,    2439 Kuser Road,    Hamilton, NJ 08690-3303
13546306       +Oral and Maxillofacial Surgical Assoc,    2100 N. Broad Street,    Suite 106,
                 Lansdale, PA 19446-1052
13546307       +PECO Bankruptcy Group,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13546309       +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                 Highlands Ranch, CO 80129-2386
13546310       +Trojan Professional Se,    Po Box 1270,    Los Alamitos, CA 90720-1270
13631513       +U.S. Bank National Associtaion, Trustee (See B10),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13546311       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 14 2018 01:52:44      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2018 01:52:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 14 2018 01:52:37      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13588494        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2018 01:55:51
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13546297       +E-mail/Text: bankruptcy@cavps.com Feb 14 2018 01:52:36      Calvary Portfolio Services,
                 Attention:  Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
13593901       +E-mail/Text: bankruptcy@cavps.com Feb 14 2018 01:52:36      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13546300       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2018 01:47:50      GECRB/Lowes,
                 Attention:  Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13561989        E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2018 01:52:12      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
13546301       +E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2018 01:52:12      Green Tree Servicing L,
                 Po Box 6172,    Rapid City, SD 57709-6172
13546305       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 14 2018 01:52:27      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13563199       +E-mail/Text: bankruptcygroup@peco-energy.com Feb 14 2018 01:52:13      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13546308        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2018 02:08:24
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13633837        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2018 02:08:09
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 13
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL
cr*            +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13546303      ##+Lazarus Financial Grou,    2301 N Central Expy Ste,    Plano, TX 75075-2586
                                                                                               TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: DonnaR                 Page 2 of 2                  Date Rcvd: Feb 13, 2018
                              Form ID: pdf900              Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC KMcDonald@blankrome.com
              MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Catherine M. Clark msbankruptcy@verizon.net
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Gary W. Clark msbankruptcy@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GARY W. CLARK | Chapter 13 |
| CATHERINE M. CLARK | |
| Debtor | Bankruptcy No. 15-14202-ELF |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: February 13, 2018**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-


Debtor:
GARY W. CLARK
CATHERINE M. CLARK
534 JACKSONVILLE ROAD

IVYLAND, PA 18974